IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NORFOLK SOUTHERN CORPORATION<br><br>Defendant. | CIVIL ACTION NO.<br>2:18-cv-14272-KM-MAH<br><br>NOTICE OF SUBSTITUTION<br>OF COUNSEL |

Please take notice that Ellen L. Pierce of the law firm Akin Gump Strauss Hauer & Feld LLP, a member of this Court in good standing, will hereby substitute for Katherine M. Katchen as counsel of record for defendant Norfolk Southern Corporation. Ms. Katchen is no longer affiliated with Akin Gump Strauss Hauer & Feld LLP, and will no longer be counsel for the defendant.

Dated: January 20, 2021

                                                /s/ Ellen L. Pierce

                                            Ellen L. Pierce (N.J. Bar #118692014)
                                            AKIN GUMP STRAUSS HAUER & FELD LLP
                                            Two Commerce Square
                                            2001 Market Street
                                            Suite 4100
                                            Philadelphia, PA 19103
                                            Tel: (215) 965-1200
                                            Fax: (215) 965-1210
                                            epierce@akingump.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2021, I electronically filed the Notice of Substitution of Counsel with the Clerk of the District Court using its CM/ECF system, which will electronically notify all those registered as CM/ECF participants in this case.

Respectfully submitted,

 /s/  Ellen L. Pierce
Ellen L. Pierce